**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **LARRY SAMMS** | § | |
|    **Plaintiff** | § | **Case No.:  1:15-CV-02741-JSR** |
| **v.** | § | |
| **ABRAMS, FENSTERMAN,** | § | |
| **FENSTERMAN, EISMAN, FORMATO,** | | |
| **FERRARA & WOLF, LLP** | | |
|    **Defendant** | | |

**PLAINTIFF'S NOTICE OF MOTION FOR SUMMARY JUDGMENT AS TO
LIABILITY**

PLEASE TAKE NOTICE THAT, upon the accompanying: Declaration of Ahmad

Keshavarz and annexed exhibits; Local Rule 56.1 Statement of Material Facts; Memorandum of

Law, and upon all of the proceedings heretofore had herein, Plaintiff Larry Samms will move

this Court before United States District Judge Jed S. Rakoff, located at the United States District

Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, at a

time to be determined by the Court, for an Order granting Plaintiff's aforesaid motion.


Dated:  Brooklyn, NY
     December 9, 2015
     /s/
     Ahmad Keshavarz


                Respectfully submitted,

                */s/*
                Ahmad Keshavarz
                ATTORNEY FOR PLAINTIFF
                The Law Office of Ahmad Keshavarz
                16 Court St., 26th Floor
                Brooklyn, NY 11241-1026
                Phone: (718) 522-7900
                Fax:    (877) 496-7809
                Email: ahmad@NewYorkConsumerAttorney.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Anthony Joseph Genovesi , Jr., Esq.
> Abrams, Fensterman, Fensterman,
> Eisman, Formato, Ferrara & Wolf, LLP
> 1111 Marcus Avenue, Suite 107
> Lake Success, NY 11042
> Fax: (516) 328-6638
> Email: agenovesi@abramslaw.com

Date:  <u>December 9, 2015</u>
      Brooklyn, NY
/s/
Ahmad Keshavarz
Plaintiff's Attorney