**Defendant's objection to Preliiminary Instruction**

~~Draft~~ 4/17/16

## PRELIMINARY JURY INSTRUCTION

Before the parties begin presenting evidence, I want to give you a quick heads-up about the ultimate issue you will have to decide in this case, which is how much money, if any, you ~~want~~ decide to award to plaintiff to compensate him for any injuries suffered as a result of defendant's misconduct. However, this preliminary instruction is no substitute for the more detailed instructions that I will give you at the close of all the evidence and that will govern your deliberations.

The plaintiff in this case, Larry Samms, claims that he was injured, monetarily and psychologically, by improper ~~fee~~ debt-collection practices in which the defendant engaged. Specifically, it has already been determined that the defendant -- the law firm of Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara & Wolf, LLP ~~violated state and federal law by~~ is liable for (1) bringing a debt collection lawsuit against Mr. Samms in ~~a~~ the wrong county ~~he did not live in~~, and (2) seeking in that lawsuit to collect, not just the money and interest he owed, but also attorneys' fees, to which they were not entitled. Defendant Abrams Fensterman claims that neither of those two violations resulted in any damages to Larry Samms at all.

~~I instruct you as a matter of law that, while bringing a debt collection lawsuit is not itself illegal, bringing it in a county where the debtor does not reside and seeking to recover, not just the money and interest owed, but also attorneys' fees, are tactics that violate the laws here relevant.~~

However, it is for you to determine whether the plaintiff was injured by these ~~illegal actions~~ violations and, if so, what amount of money (called "damages") must be paid to him by the defendant to compensate the plaintiff for such injuries. The damages Larry Samms claims consist of reimbursement for any expenses plaintiff had to pay as a result of defendant's ~~unlawful tactics~~ violations, as well as a reasonable monetary compensation for any psychological suffering that plaintiff endured as a result of such ~~tactics~~ violations.

I will give you more detailed instructions on these matters at the close of the case.