UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

LARRY SAMMS )

                )

             Plaintiff, )

     V. )

               )

ABRAMS, FENSTERMAN, FENSTERMAN, )
EISMAN, FORMATO, FERRARA, & WOLF, LLP )

               )

               )

           Defendants. )

------------------------------------------------------------x

Civil Action No.:

15-cv-02741-JSR

NOTICE OF MOTION
TO FILE UNDER SEAL

PLEASE TAKE NOTICE that unpon the accompanying Memorandum of Law and Declaration of Anthony J. Genovesi Defendant ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN, FORMATO, FERRARA, & WOLF, LLP will move this Court before the Honorable Judge Jed S. Rakoff, at the United States Courthouse, Courtroom 14B, 500 Pearl Street New York, New York, at a time to be determined by the Court for an order granting Defendant leave to file documents covered by a protective order under seal.

Dated: June 1, 2016

                           Respectfully Submitted,

                           *s/ Anthony J. Genovesi, Jr.*
                           Anthony J. Genovesi, Jr., Esq.

                           Abrams Fensterman, Fensterman, Eisman
                           Formato, Ferrara & Wolf, LLP
                           Attorneys for Defendant
                           Abrams Fensterman, Fensterman, Eisman
                           Formato, Ferrara & Wolf, LLP
                           1111 Marcus Avenue
                           Lake Success, New York 11042
                           Telephone:  (516) 368-9426
                           Facsimile:  (516) 368-9579
                           agenovesi@abramslaw.com

**ON NOTICE TO:**

Ahmad Keshavarz, Esq.
The Law Office of Ahmad Keshavarz
16 Court St., 26th Floor
Brooklyn, NY 11241-1026
Telephone:     (718) 522-7900
Facsimile:     (877) 496-7809
Email: ahmad@newyorkconsumerattorney.com

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on the 9th day of December, 2015 a copy of this NOTICE OF MOTION

FOR SUMMARY JUDGMENT was filed electronically in the ECF system.  Notice of this filing

will be sent to the parties of record by operation of the Court's electronic filing system, including

plaintiff's counsel, as described below. Parties may access this filing through the Court's

Electronic Filing System

The Law Office of Ahmad Keshavarz
16 Court Street
Brooklyn, New York 11201

The undersigned further certifies that one courtesy copy of the said Motion will promptly be
submitted to the Court to: Honorable Jed Rakoff, U.S.D.J. United States District Court, 500 Pearl
Street New York, NY.

Dated: December 9, 2015