IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **LARRY SAMMS** | § | |
|     Plaintiff | § | Case No.: 1:15-CV-02741-JSR |
| v. | § | |
| **ABRAMS, FENSTERMAN,** | § | |
| **FENSTERMAN, EISMAN, FORMATO,** | | |
| **FERRARA & WOLF, LLP** | | |
|     Defendant | | |

**PLAINTIFF'S NOTICE OF MOTION TO FILE UNDER SEAL DOCUMENTS SUBJECT TO PROTECTIVE ORDER**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Plaintiff Larry Samms will move this Court before United States District Judge Jed S. Rakoff, located at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007-1312, at a time to be determined by the Court, for an Order granting Plaintiff's aforesaid motion.

Dated:  Brooklyn, NY
        June 8, 2016
        /s/
        Ahmad Keshavarz

                              Respectfully submitted,

                              */s/*
                              Ahmad Keshavarz
                              ATTORNEY FOR PLAINTIFF
                              The Law Office of Ahmad Keshavarz
                              16 Court St., 26th Floor
                              Brooklyn, NY 11241-1026
                              Phone: (718) 522-7900
                              Fax:    (877) 496-7809
                              Email: ahmad@NewYorkConsumerAttorney.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

                              Anthony Joseph Genovesi , Jr., Esq.

Abrams, Fensterman, Fensterman,
Eisman, Formato, Ferrara & Wolf, LLP
1111 Marcus Avenue, Suite 107
Lake Success, NY 11042
Fax: (516) 328-6638
Email: agenovesi@abramslaw.com

Date:  June 8, 2016
          Brooklyn, NY
/s/
Ahmad Keshavarz
Plaintiff's Attorney