**Exhibit F**
**Redacted**

**Exhibit F**
**Redacted**

**Exhibit F
Redacted**