```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/13/17
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
LARRY SAMMS,

                Plaintiff,

-Against-

ABRAMS, FENSTERMAN, FENSTERMAN, EISMAN,
FORMATO, FERRARA & WOLF, LLP.,

                Defendants.
------------------------------------------------------------------x

SATISFACTION OF JUDGMENT

Docket No.:15-cv-02741

    WHEREAS a judgment was entered in the above action on the 28th day of July 2016 in favor of Larry Samms and against Abrams, Fensterman, Fensterman, Eisman, Formato, Ferrara & Wolf, LLP in the total amount of $158,342.09, and such judgment with interest and costs thereon having been fully satisfied and it is certified that there are no outstanding executions with any Sheriff or Marshall

    THEREFORE full and complete satisfaction of said judgment is hereby acknowledged and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

_____
Larry Samms

STATE OF NEW YORK    )
COUNTY OF ~~BRONX~~ WESTCHESTER    ) ss.:

    On the 16th day of February 2017, before me, the undersigned, a Notary Public in and for said state, personally appeared LARRY SAMMS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

_____
NOTARY PUBLIC

GUY R. FAIRSTEIN
Notary Public, State of New York
No. 02FA6191357
Qualified in Westchester County
Commission expires August 11, 2020